UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHAEL CRUZ, *on behalf of himself and all others similarly situated*,

                                  Plaintiff,

-v-

BRUNSWICK BOWLING PRODUCTS, LLC,

                                  Defendant.

20 Civ. 5822 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      On September 21, 2020, plaintiff Shael Cruz and defendant Brunswick Bowling Products, LLC filed a stipulation of dismissal and a settlement agreement, over which they ask the Court to retain jurisdiction to enforce its terms. *See* Dkt 10; Dkt. 10-1 ("Consent Decree"). The Consent Decree further contemplates the Court retaining jurisdiction to enforce a separate, confidential settlement agreement as to Cruz only, which has not been submitted to the Court and which the parties represent "shall be provided to the Court in camera for inspection and review if the Court so requires in order to extend its enforcement jurisdiction over the terms of" that agreement. Consent Decree ¶ 16.

      Pursuant to the Court's Individual Rule 4(C), the Court will not retain jurisdiction to enforce confidential settlement agreements. If the parties wish that the Court retain jurisdiction to enforce the separate settlement agreement referred to in the Consent Decree, they must place the terms of that agreement on the public record.

      Accordingly, the parties are directed either to file the confidential agreement on the public docket, or notify the Court that they do not intend to do so, by September 25, 2020.

SO ORDERED.

                                       _____
                                              PAUL A. ENGELMAYER
                                              United States District Judge

Dated: September 22, 2020
           New York, New York